# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE MOYE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC., d/b/a AARGON COLLECTION AGENCY,<br><br>    Defendant. | Case No. 2:14-cv-01352-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on the Notice of Settlement (#21) filed January 27, 2015, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **April 3, 2015** advising the Court of the status of the settlement.

DATED this 25th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge