**KAZEROUNI LAW GROUP, APC**
Danny J. Horen (SBN 13153)
danny@kazlg.com
7854 W. Sahara Avenue
Las Vegas, NV
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509
kaminskid@cmtlaw.com
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,*
*AARGON AGENCY, INC. d/b/a AARGON*
*COLLECTION AGENCY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE MOYE, individually and on behalf of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AARGON AGENCY, INC. d/b/a/ AARGON COLLECTION AGENCY,<br><br>Defendant | CASE NO. 14-cv-01352-MMD-GWF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO

THEIR RESPECTIVE COUNSEL OF RECORD:

{Moye - Stip to Dismiss;1}

PLEASE TAKE NOTICE that Plaintiff NATALIE MOYE, an Individual ("Plaintiff"), through her counsel or record, Danny J. Horen of the Kazerouni Law Group, APC, and Defendant *AARGON* AGENCY*, INC. d/b/a AARGON COLLECTION AGENCY* ("Defendant"), through its counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Stipulation to Dismiss Defendant AARGON AGENCY, INC. d/b/a AARGON COLLECTION AGENCY, from the above-entitled action, with prejudice, and to dismiss without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.


Dated:  April 27, 2015,                      **KAZEROUNI LAW GROUP, APC**


                                             By: s/ Danny J. Horen
                                                 Danny J. Horen
                                                 Attorneys for Plaintiff
                                                 NATALIE MOYE



Dated:  April 27, 2015,                      **CARLSON & MESSER LLP**


                                             By: s/ David J. Kaminski
                                                 David J. Kaminski
                                                 Stephen A. Watkins
                                                 Attorneys for Defendant,
                                                 AARGON COLLECTION AGENCY
                                                 d/b/a AARGON COLLECTION
                                                 WAGENCY
                                                 *pro hac vice*

{Moye - Stip to Dismiss;1}

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **DISTRICT OF NEVADA**
10
11   NATALIE MOYE, individually and        CASE NO. 14-cv-01352-MMD-GWF
     on behalf of others similarly situated
12                                          **[PROPOSED]** ORDER RE:
                                            **STIPULATION TO DISMISS**
                    Plaintiff,              **WITH PREJUDICE**
13          v.
14   AARGON AGENCY, INC. d/b/a/
     AARGON COLLECTION
15   AGENCY,
16                  Defendant
17
18
19

20          The Court has reviewed the Joint Stipulation of Plaintiff NATALIE MOYE and

21   Defendant AARGON AGENCY, INC. d/b/a/ AARGON COLLECTION AGENCY.

22   Good cause appearing, the Court grants the parties' Stipulation to Dismiss the entire

23   action.  As stipulated by the parties, the action is dismissed with prejudice as to Plaintiff

24   NATALIE MOYE, and dismissed without prejudice as to the putative class members,

25   pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees

26   and costs.

27   \\\

28

**<u>IT IS SO ORDERED</u>**

Dated: ___April 27, 2015___        _____

Miranda M. Du
UNITED STATES DISTRICT JUDGE